UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MANUEL ALICEA,

    Petitioner,

v.                                CASE NO. 6:06-cv-1731-Orl-19KRS

STATE OF FLORIDA, et al.,

    Respondents.

## ORDER

Petitioner filed a reply to the response to the petition, which he titled Cross Motion for Summary Judgment (Doc. No. 12). Because the motion is a reply to the response to the petition, the Cross Motion for Summary Judgment (Doc. No. 12) is **DENIED** as moot. The reply will be considered when the Court rules on the merits of the petition.

**DONE AND ORDERED** at Orlando, Florida this 12th day of April, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sc 4/12
Manuel Alicea
Counsel of Record