UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MANUEL ALICEA,

    Petitioner,

v.                                      CASE NO. 6:06-cv-1731-Orl-19KRS

STATE OF FLORIDA, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motion:

1.    Petitioner's Application for a Certificate of Appealability (Doc. No. 17, filed August 9, 2007) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this 13th day of August, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 8/13
Counsel of Record
Manuel Alicea