UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MANUEL ALICEA,

    Petitioner,

v.                                        CASE NO. 6:06-cv-1731-Orl-19KRS

STATE OF FLORIDA, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motion:

    **MOTION**:    Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 20, filed November 15, 2007).

Thereon it is **ORDERED** that the motion is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

    **DONE AND ORDERED** at Orlando, Florida, this __29th__ day of November, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

sc 11/29
Counsel of Record
Manuel Alicea